Patricia J. DEMPSEY, n/k/a Patricia Juneau, Appellant,

v.

David G. DEMPSEY, Respondent.

No. 64025.

Missouri Court of Appeals, Eastern District, Division Two.

July 26, 1994.

William Kieran Meehan, W. Morris Taylor, Clayton, for appellant.

Frank Susman, Clayton, for respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

ORDER

PER CURIAM.

Patricia Dempsey appeals the dismissal of her motion to cite her ex-husband, David Dempsey, in contempt of court for failing to pay maintenance pursuant to their separation agreement. The trial court dismissed the motion for lack of subject matter jurisdiction, finding that the maintenance provision of the separation agreement was not incorporated into the dissolution decree and therefore not enforceable through contempt proceedings under § 452.325.5 RSMo 1986. Appellant also alleges error in the court's use of parol evidence to resolve an ambiguity.

We have reviewed the briefs and the record and find no error of law. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. We affirm in accordance with Rule 84.16(b).

Roselyn FARNSWORTH, Appellant,

v.

MAGNET, INC., Respondent.

No. 65636.

Missouri Court of Appeals, Eastern District, Division Four.

July 26, 1994.

Cynthia S. Holmes, Clayton, for appellant.

Michael F. Banahan, Evans & Dixon, St. Louis, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

ORDER

PER CURIAM.

The Labor and Industrial Relations Commission's award is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Johnson v. City of Duenweg Fire Dept.,* 735 S.W.2d 364, 366 (Mo. banc 1987). An extended opinion would not have precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order. Judgment affirmed in accordance with Rule 84.16(b).